# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE GAP, INC., <br><br> Defendant. | Civil Action No. 1:11-cv-01241-RGA |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Round Rock Research, LLC and Defendant The Gap, Inc., hereby stipulate pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, to the dismissal of all claims and counterclaims brought in the above-captioned action without prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated:  December 15, 2014

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone:  (302) 777-0300
bfarnan@farnanlaw.com

*Attorneys for Plaintiff Round Rock Research, LLC*

DLA PIPER LLP (US)

/s/ Brian A. Biggs
Denise S. Kraft (#2778)
Laura D. Hatcher (#5098)
Brian A. Biggs (#5591)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
denise.kraft@dlapiper.com
laura.hatcher@dlapiper.com
brian.biggs@dlapiper.com

*Attorneys for The Gap, Inc.*